UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON, P80888,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br><br>Respondent. | Case No. 19-cv-04270-CRB (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE**<br><br>(ECF No. 3) |

Petitioner, a state prisoner incarcerated at San Quentin State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 alleging: (1) DNA evidence will prove that the victim falsely testified when she accused him of rape and other related crimes for which he was convicted in 2000 in Alameda County Superior Court and (2) ineffective assistance of counsel for failing to seek and use DNA evidence. His first petition was denied on the merits on November 14, 2006. See Johnson v. Runnels, No. 3:04-cv-05072-CRB (N.D. Cal. Nov. 14, 2006) (order denying petition for a writ of habeas corpus).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

But based solely on petitioner's affidavit of poverty, his application to proceed in forma pauperis (ECF No. 3) under 28 U.S.C. § 1915 is GRANTED. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 13, 2019

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>   Plaintiff,<br><br>   v.<br><br>PEOPLE FOR THE STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 3:19-cv-04270-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul David Johnson ID: P-80888
San Quentin State Prison 2-N-9UP
San Quentin, CA 94974


Dated: December 13, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER